Do you see that? That's just a picture of Harvey. And that's just a picture of the person's mouth. And that's just a picture of that. Harvey, when he was 10 years old, he was a very good boy. He was a very good boy. And he was a very good boy. Harvey. Can you just see Harvey? Can you see Harvey? Good afternoon, Your Honor. This is Janet Moore. I'm going to bring out the petitioner, and I'm going to read it to you. The initiative of the public, the ADA, was established in the process of saving these musicians and to limit the involvement of these bad musicians with the federal judiciary. Since then, the United States Supreme Court has consistently made the judiciary's decisions limiting the federal judiciary's involvement in the involvement of these musicians. For instance, in Phoenix, in 2006, the court ruled, the Supreme Court ruled, that a child has short-lived life opportunities. It could mean somebody's conceiving of these people some time. Then, in 2011, the Federal Supreme Court says, even if you have evidence in the federal court, it needs to refer to the court, which shows simultaneously that the child is in favor, or not in favor. It has to be in favor of the state court person who are favored. In which the court said, even if the evidence is completely unreasonable, to the child's ear, because we're going to ask whether or not any fair-minded jurists could disagree with any theoretical argument that supports the decision not to be the right. One message that the federal law has provided to state, is that we, as a federal judiciary, are not supposed to get involved in the indecisive California law. Here today, we're addressing whether or not it makes sense to federal law review to be further limited by finding that a citation between race, creed, and people versus law is absolutely non-decision. And these are decisions that nothing to do with the time that's required. But that it is really no verification of what the California Supreme Court was saying in regards to this decision. What is the role of the citation in determining if anyone may have or may not be in this position today? Because what the citation is trying to involve, the California Supreme Court is doing, as a federal judiciary, with the definition that a citation is an inclined, failed state of the insufficiency or, in other words, that it may not embrace the exemptions of the California Constitution. So how does the California Supreme Court say that this is an error? It didn't say it was untimely. It didn't say it was timely, because it didn't deal with the time that it should have. It said it's an error. And so what we're doing in the criminal institutions is we're saying, no, we know what that means. So we're going to go back and look at what it looks like. I'm just going to ask you guys to talk to the person who just said California law or should be re-certifying it. This question is for the California Supreme Court. I'm going to ask them what it means when they say it's straight and involved in the Constitution. And then I'm going to ask you to tell me what the Constitution is. Well, there's two ways of doing it. First, I think California law is clear that a state at this point in time is a state that isn't able to have a court. And under California law, particularly in the cases in the most recent period in which I'm citing to you, would be a great example, there's a tiny, tiny spark on the Columbus Supreme Court list are, simply because it's untimely, they cite frauds in court. So my first point is I don't think that California law is very clear. OK. You know, I think it's fair to say that California law is very clear. That's correct. OK. Sorry. But I think it's simply that the California Supreme Court has answered that question and does not need to answer it again. I think they answered it in Reno. And I think the other reason is simply because they did not certify it. They didn't answer eight years ago when you asked them in the courthouse, what is time, date, where it is, and age, and what it has to do with age. And please tell us what is time, date, and how it's going to matter. I mean, they're covering it. They don't have to know that they're living in California. They don't have to know that they're living in California. Yes. And the reason is a practical reason, because in the Supreme Court now, which was to reduce stable swaths of time that this court is reporting, this is 1998. 1500 cases are coming out this year. So that's what? Stable swaths of time? What's the real cost here? And the reality is that the California Supreme Court is not going to issue the time. It's not going to issue a reasoning judgment. What they do is they reason it in reference to the fact that this is 1998 law. It's not a reasoning judgment. I'm saying a reasoned judgment in the way that it is defined in the original meaning in this case. But this is a reasoned judgment, right? Of course it's not. I'm sorry? This is a reasoned judgment, right? Of course it's not. It's a judgment we do not want to hear. Well, according to what the court did here, the court said that the number of test subjects was 33,000. And the court said that the number of people tested is such that under a reasoned judgment, we're not going to provide a decision. In my opinion, the court said it's not a question of why it's a reasoned judgment. Because the California Supreme Court has a scientific basis which is indicating why the petition is denied. The petition is denied because it fails to state the sufficient facts. It's denied because it's denied. So that is a reasoned decision. You don't have to go back to the superior court to find that it is a reasoned decision. It's a reasoned decision. We can't go through it into a later decision. What is that reasoned decision? It's not a scientific decision. That's a critical issue. Do we assume it is timely because it's a judgment? Or do we make an independent decision about whether it was timely? Well, if you follow evidence, even if I have the same consensus as I have on merits, which is a good question, it's also true that saying that the claims are exhaustive are maybe 100% true. So if you just call this, if I have a lot of merits and I can get 매� earth at times as many, does it mean that at this time it would be more to falsely come up to my conscience. So that imply that the claim is timely. We follow across and what we think is controversial is that if you follow across the house then the question is can you get a final or effective just to get the claim. Do we have a reason to say that we do not? Yes we do. I think that all the reasons in Congress would be interesting and we would be wondering if there's a policy balance to sit down and I don't want to be here and argue that we would be the best reason to sit here for a time and not wonder an issue of a substantial effect, an issue that's mostly not in our interest by this position. I think that's an elegant question but then what does this court say when it comes to a judgment that's not in our interest? I think it would be interesting to see as well your question. You are asking about the judicial experience and I'm not going to change your argument to say that the decision itself in the California Supreme Court was not subject to judicial review. It may be that they were considering the merits of the sentence or that they were deciding in the case the merits of the plea for a restraining action that would bring substance to the case. Well, we are a little bit difficult because you have the distinction between saying it's a murder which we stand in case of it's in plain sight in the brain and then you have the denial on the merits which would be another thought because I think that the merits would be well arguably yes but it may be that the court is being unexhausted in that certain way to pursue a number of uncertain cases. Your counsel said that in the short time that you hold that it's important for us to try again. It's important for us at least for the moment that you've been in charge of this case to try and review what you've come up with. Yes. And why is that true? Because he assumed as he was going through this process that when the California Supreme Court ruled that it was discriminating against him. Yes. It was obvious that he was thinking about us. Yes. I think he was thinking about us as he was watching during the Supreme Court course. No. I think the reason I would say that is because I think most of the players in the California court is rethinking the argument should be made and could be made that during this entire period he has been mitigating these claims and has not been told that they were being exhausted. There is an ambiguity and I mean certainly it's also important to understand that certainly some of the folks in the California Supreme Court are going to continue to work with the Supreme Court or the Supreme Court and continue to work with the Supreme Court. It's true. It's true. It's true. It's true. It's true. It's true. I think the problem is that the Supreme Court is saying that there is a great and great opportunity for the California Supreme Court to have very many other court cases in here. But in any case the only issue for us is what kind of distance I am in and that position I am in. Yes. We only determine whether or not it's exhausted or whether you're exhausted for saying bad things or for doing other things. The only issue for the both of us is what distance I am in and that position. Let me just ask you about the decision. The original decision did not exactly say that swing penalty. I believe what the decision said was three years before that decision that you were reviewing our law. So are you saying that the Supreme Court is going to review your law? It's just not it's not going to do democracy it's going to do consensus. And now the Supreme Court has said there is no question of reviewing the Supreme Court there is no question of reviewing the Supreme Court and it's said that the Supreme Court is going to review the Supreme Court. So in the case where you're in reverse the Supreme Court is going to review the law. That's the motion. And so the Supreme Court dismissed this decision by the Supreme Court but now it has to switch now we have to switch and there's no other chance to change so the only issue with both of us as a Supreme Court is whether or not the decision is going to be   and that's what we're going to do. That's what we're going to do. And this is your work. And you're going to do exactly the same as what it's been done with the Supreme Court in 1822 and you were running against the court in Alabama and so he told during the period in which the petition was before the California Supreme Court and he said actually the California Supreme Court said it was not a time thing because he was not going to be in the Supreme Court for three or four or five years the whole thing and he was going to be in the Supreme Court for five or two years I now notice that I've been in the Supreme Court for seven minutes and my mouth is jammed shut seven times over a month and I'm not going to be able to say anything I'm going to do another couple of minutes but we're going to survive this interview um I think that in the series four if you look at the case on California it's fairly clear not entirely clear but fairly clear that the most recent things are being done the signing promises are depressing as the time bar is not a fine just in the cases I'm going to take you on the last twenty unpublished files on the Supreme Court of the previous petitions and these are not just the cases these are over petitions and they cited
judges: Reinhardt, Thomas, Silverman, Graber, Gould, Paez, Bybee, Murguia, Hurwitz, Owens, Friedland